# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-cv-62800-FAM

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

MARLIN REALTY, INC., a Florida Profit Corporation and RAJA INVESTMENTS, INC., a Florida Profit Corporation,

    Defendants.

_____/

## NOTICE OF SETTLEMENT

The undersigned counsel hereby files this Notice of Settlement and gives Notice to this Honorable Court that the parties are in the process of completing settlement documents which will resolve all the issues pertaining to this lawsuit and will be submitting a Stipulation of Dismissal shortly hereafter.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Attorney for Plaintiff, Howard Michael Caplan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-cv-62800-FAM

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

MARLIN REALTY, INC., a Florida Profit Corporation and RAJA INVESTMENTS, INC., a Florida Profit Corporation,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on January 06, 2020, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    By: *Ronald E. Stern*
    Ronald E. Stern, Esq.
    Florida Bar No. 10089
    THE ADVOCACY LAW FIRM, P.A.
    1250 E. Hallandale Beach Blvd.
    Suite 503
    Hallandale Beach, Florida 33009
    Telephone:  (954) 639-7016
    Facsimile:  (954) 639-7198
    Attorney for Plaintiff

## SERVICE LIST:

HOWARD MICHAEL CAPLAN vs. MARLIN REALTY, INC., a Florida Profit Corporation and RAJA INVESTMENTS, INC., a Florida Profit Corporation

United States District Court Southern District Of Florida

CASE NO. 0:19-cv-62800-FAM

**MARLIN REALTY, INC.**

**REGISTERED AGENT:**

RAJA, HAYDER A
6188 MIRAMAR PKWY
MIRAMAR, FL 33023

**VIA US MAIL**

**RAJA INVESTMENTS, INC.**

**REGISTERED AGENT:**

RAJA, HAYDER
6188 MIRAMAR PKWY
MIRAMAR, FL 33023

**VIA US MAIL**